George G. Belden, as Administrator de Bonis Non, etc., Appellant, v.
Charles W. Coleman, as Executor, etc., Respondent.— Judgment and
orders affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr,
Stapleton and Putnam, JJ., concurred.

Anthony C. Bennett, Respondent, v. The Austro-Americana Steamship
Company, Appellant.— Judgment and order unanimously affirmed, with
costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.,
concurred.

. Charles C. Brace, Respondent, v. John C. Bradley, Appellant.— Inter-
locutory judgment affirmed, with costs, with leave to the defendant to
withdraw his demurrer and answer upon the merits within twenty days
after service of notice of this order, upon payment of the costs included
in said judgment and the costs and disbursements of this appeal. No
opinion. Jenks, P. J., Thomas, Carr and Stapleton, JJ., concurred.

Lillian K. Buchanan, Appellant, v. Nicholas Evento and Susan Evento,
His Wife, Respondents.— Judgment affirmed, with costs. No opinion.
Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

John D. Coleman, Respondent, v. Simpson, Hendee & Company, Appel-
lant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J.,
Thomas, Rich and Putnam, JJ., concurred.

Daniel Conahan, Respondent, v. The Terry & Tench Company, Inc.,
Appellant.— Judgment and order reversed and new trial granted, costs to
abide the event, upon the ground that the court erred in refusing each of
the two requests to charge made by defendant's counsel at folios 378 to
380. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

Clemence C. Croll, Respondent, v. Mary J. Kiely (Widow of John R.
Dunne, Deceased) and Another, Appellants.— Judgment affirmed, with
costs. No opinion. Carr, Stapleton, Rich and Putnam, JJ., concurred.

Mary Cummings, Respondent, v. The Brooklyn Heights Railroad Com-
pany, Appellant.— Judgment and order unanimously affirmed, with costs.
No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Daniel C. Cunneen, Respondent, v. Lawrence J. Kennedy, Appellant.—
Judgment and order of the County Court of Westchester county reversed,
with costs, and final judgment rendered dismissing the complaint, with
costs, upon the ground that the County Court did not have jurisdiction
of the action when it was brought, for the reason that some of the defend-
ants were not residents of Westchester county. (See *Kortwellyeszsy* v.
*Manhattan Cooperage Co.*, 162 App. Div. 285.) Jenks, P. J., Carr, Staple-
ton, Mills and Rich, JJ., concurred.

Catharine Daley, as Administratrix, etc., of Bernard Daley, Deceased,
Respondent, v. J. Ehrgott & Company, Appellant.— Judgment and order
unanimously affirmed, with costs. No opinion. Present — Jenks, P. J.,
Thomas, Carr, Stapleton and Putnam, JJ.